# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 25, 2013

No. 13-10158
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CARMEN ALEJANDRO VELAZQUEZ-MONCADA, also known as Martin
Carrillo, Jr.,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:12-CR-129-1

Before JOLLY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Carmen Alejandro
Velazquez-Moncada (Velazquez) has moved for leave to withdraw and has filed
a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United
States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Velazquez has not filed a
response.  We have reviewed counsel's brief and the relevant portions of the
record reflected therein.  We concur with counsel's assessment that the appeal

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

presents no nonfrivolous issue for appellate review.   Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.